| | | |
|---|---|---|
| Alison Lundergan Grimes<br>Secretary of State | **Commonwealth of Kentucky**<br>**Office of the Secretary of State** | Summons Division<br>PO BOX 718<br>FRANKFORT, KY 40602-0718 |

June 16, 2016

REALTYLINK LLC
550 S. MAIN STREET, SUITE 300
GREENVILLE, SC 29601

RECEIVED JUN 20 2016 By

FROM:  SUMMONS DIVISION
       SECRETARY OF STATE

RE:    CASE NO: 16-CI-00510

COURT: Circuit Court Clerk
       Pike County, Division: 2
       PO Box 1002
       Pikeville, KY 41502-1002
       Phone: (606) 433-7557

Legal action has been filed against you in the captioned case. As provided under Kentucky law, the legal documents are enclosed.

**Questions regarding this action should be addressed to:**

(1) Your attorney, or
(2) The attorney filing this suit whose name should appear on the last page of the complaint, or
(3) The court or administrative agency in which the suit is filed at the clerk's number printed above.

The Kentucky Secretary of State has NO POWER to make a legal disposition of this case. Your responsive pleadings should be filed with the clerk of the court or agency where the suit is filed and served directly on your opposing party.

No copy of future pleadings need be sent to this office unless you wish us to serve the pleading under a particular statute or rule and pay for said service.

| AOC-E-105    Sum Code: CI
  Rev. 9-14 |  | Case #: **16-CI-00510** |
|---|---|---|
| Commonwealth of Kentucky
  Court of Justice   Courts.ky.gov | | Court: **CIRCUIT**
County: **PIKE** |
| CR 4.02; Cr Official Form 1 | **CIVIL SUMMONS** | |

Plantiff, **NEW, MILDRED S  VS. THE SHOPPING CENTER GROUP, ET AL**, Defendant

TO: **KENTUCKY SECRETARY OF STATE**
    **700 CAPITAL AVENUE**
    **SUITE 152**
    **FRANKFORT, KY 40601**

The Commonwealth of Kentucky to Defendant:
**REATLYLINK, LLC**

   You are hereby notified that a **legal action has been filed against you** in this Court demanding relief as shown on the document delivered to you with this Summons. **Unless a written defense is made by you or by an attorney on your behalf within twenty (20) days** following the day this paper is delivered to you, judgment by default may be taken against you for the relief demanded in the attached complaint.

The name(s) and address(es) of the party or parties demanding relief against you or his/her (their) attorney(s) are shown on the document delivered to you with this Summons.

/s/ Anna Pinson Spears, Pike Circuit Clerk
Date: 06/01/2016

RECEIVED JUN 1 6 2016 SECRETARY OF STATE COMMONWEALTH OF KY

Presiding Judge: HON. STEVEN DANIEL COMBS (635210)

### Proof of Service

This Summons was:

☐ Served by delivering a true copy and the Complaint (or other initiating document)

To: _____

☐ Not Served because: _____

Date: _____, 20_____

Served By _____

Title _____

Summons ID: @00000164249,
CIRCUIT: 16-CI-00510 Certified Mail
NEW, MILDRED S  VS. THE SHOPPING CENTER GROUP, ET AL



Page 1 of 1

eFiled

COMMONWEALTH OF KENTUCKY
PIKE CIRCUIT COURT
NO. 16-CI-00510
JUDGE Combs

MILDRED S. NEW                                                                  PLAINTIFF

v.

THE SHOPPING CENTER GROUP                         DEFENDANT
300 Galleria Parkway
12th Floor
Atlanta, GA 30339

    Serve: CT Corporation System
           306 W. Main Street, Suite 512
           Frankfort, KY 40601

and

REALTYLINK LLC
550 S. Main Street, Suite 300
Greenville, SC 29601

    Serve: Kentucky Secretary of State
           700 Capital Ave., Suite 152
           Frankfort, KY 40601



*Filed electronically*

## COMPLAINT

Comes the Plaintiff, MILDRED NEW, by and through undersigned counsel, and for her cause of action against Defendants, THE SHOPPING CENTER GROUP (hereinafter "TSCG") and REALTYLINK, LLC (hereinafter "Realty"), hereby states as follows:

1.     The incident giving rise to this action occurred in Pikeville, Pike County, Kentucky.

Presiding Judge: HON. STEVEN DANIEL COMBS (635210)
COM : 000001 of 000004

2. At all times relevant herein, Defendant TSCG was a foreign corporation duly authorized to do business in the Commonwealth with the ability to sue and be sued in Kentucky.

3. At all times relevant herein, Defendant Realty was a foreign corporation owning and/or operating the property named Pikeville Commons, located in Pikeville, Pike County Kentucky.

4. At all times relevant hereto, Defendants owned, managed, maintained, operated, and/or supervised a large shopping complex located at Thompson Road Pikeville, in Pike County, Kentucky.

5. At all times relevant hereto, Defendants had a duty to maintain and keep said premises safe for the use of individuals legally coming upon same, along with warning its invitees of all known dangerous conditions.

6. On or about June 2, 2015, as a direct and proximate result of the negligent acts and/or omissions of Defendants, MILDRED NEW, while lawfully upon said premises as an invitee exercising due care, tripped and fell over a sign post that had been cut off and was protruding from the ground at a very low level in the parking lot of Pikeville Commons, located on Thompson Road, and sustained injury as a direct result of such fall.

7. The low protruding sign post was not inherently visible to those traveling through the parking lot, creating a dangerous condition which was known or should have been known to those owning and/or managing the property.

8. The Defendants failed to provide proper caution signs or other warnings to those invitees traveling through the parking lot.

9. Upon information and belief, the Defendants negligently caused the dangerous condition.

10. Defendants failed to remedy the dangerous condition that they knew or should have known existed.

11. As a direct and proximate result of the negligent acts and/or omissions of Defendant, MILDRED NEW was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, mental anguish, and lost enjoyment of life.

12. MILDRED NEW'S damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

**WHEREFORE**, MILDRED NEW, by and through undersigned counsel, respectfully demands judgment against Defendants as follows:

1. For an amount of compensatory damages that is fair and reasonable as established by the evidence;

2. For prejudgment interest from the date of injury until such time as judgment is paid;

3. For a trial by jury;

4. For her costs herein expended; and

5. For any and all other relief to which she may be entitled.

Respectfully submitted,

**The Waters Law Group, P.L.L.C.**

/s/ D. Matthew Kannady
Robert R. Waters
D. Matthew Kannady
12802 Towne Park Way
Suite 200
Louisville, KY 40243
Telephone: (502) 425.2424
Facsimile: (502) 425.9724
*Counsel for Plaintiff*






7192 2677 0010 0224 2022

RETURN RECEIPT (ELECTRONIC)

**RETURN RECEIPT REQUESTED**

REALTYLINK LLC
550 S. MAIN STREET, SUITE 300
GREENVILLE, SC 29601