UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION

ELECTRONICALLY FILED

| | | |
|---|---|---|
| MILDRED S. NEW | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | Civil Act. No. 7:16-cv-00133-ART-EBA |
| v. | ) | |
| | ) | |
| THE SHOPPING CENTER GROUP, | ) | |
| ET AL. | ) | Removed from: |
| | ) | Pike Circuit Court |
| DEFENDANTS | ) | Case No. 16-CI-00510 |
| | ) | |

**DEFENDANT REALTYLINK, LLC'S NOTICE TO TAKE DEPOSITION**

Please take notice that the Defendant, RealtyLink, LLC, by counsel, will take the stenographic deposition of the Plaintiff, **Mildred Suzie New,** on **Tuesday, December 20, 2016,** at **9:00 a.m. Eastern Time** at the offices of Waters Law Group, 633 Seventh Street, Huntington, West Virginia 43241, 304-522-6658, for use at trial or as otherwise permitted under the Federal Rules of Civil Procedure.

Respectfully submitted,

/s/ Jarad N. Key
Charles H. Cassis, Esq.
Jarad N. Key, Esq.
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, Kentucky 40059
ccassis@goldbergsimpson.com
jkey@goldbergsimpson.com
PH: (502) 589-4440 / FAX: (502) 581-1344
*Counsel for Defendant, RealtyLink, LLC*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true copy of the foregoing was served via regular U.S. Mail, postage prepaid, on this the 9th day of December, 2016, upon the following:

Robert R. Waters, Esq.
D. Matthew Kannady, Esq.
12802 Towne Park Way
Suite 200
Louisville, Kentucky 40243
*Counsel for Plaintiff*

Donald Lee Jones, Esq.
The Law Office of Donald L. Jones
327 Main Street
Paintsville, Kentucky 41240
*Counsel for Defendant, The Shopping Center Group*

/s/ Jarad N. Key, Esq.
*Counsel for Defendant, RealtyLink, LLC*