

Office Locations in
Louisville and Lexington

MICHAEL M. BEST, M.D.
Orthopaedic/Hand/Spine Surgery
Certified Disability Examiner
Certified In Evaluation FCE's
Certified In Evidence-Based Medicine

## INVOICE

| DATE OF INVOICE: | 01/13/17 | DATE OF SERVICE: | 01/17/16 |
|---|---|---|---|
| TO: | Jarad N. Key<br>Attorney at Law<br>Goldberg Simpson, LLC<br>9301 Dayflower Street<br>Prospect, KY 40059<br>589-4440<br>581-1344 | INVOICE NUMBER: | 16-2644 NS |
| | | ASSESSMENT CENTERS TAX ID NUMBER: | 61-1359393 |
| PATIENT NAME: | Mildred Suzie New | DATE OF INJURY: | 06/02/15 |
| CLAIM #: P49C-009324 | | ASSESSMENT CENTERS FILE NUMBER: | 16-LEX-2644 |
| SOCIAL SEC. XXX-XX-4122 | | | |

## NO SHOW FEE

**TOTAL DUE: $500.00**

**The patient did not attend the scheduled appointment or there was a failure to notify us greater than 3 business days prior to the evaluation date.**

Please forward all payments to our Corporate Office:

Michael M. Best, M.D., The Assessment Centers
950 Breckenridge Lane, Suite 120, Louisville, Kentucky 40207

*Contact us: (888)676-3212*