UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE

ELECTRONICALLY FILED

| | |
|---|---|
| MILDRED S. NEW | ) |
| | ) |
|     PLAINTIFF | ) |
| | ) |
| v. | ) Civil Action No.:7:16-cv-0133-ART-EBA |
| | ) |
| THE SHOPPING CENTER GROUP, | ) |
| | )   Removed from: |
| REALTYLINK, LLC, | )   Pike Circuit Court |
| | )   Case No. 16-CI-00510 |
| KY PIKEVILLE THOMPSON, LLC | ) |
| 550 S. MAIN ST. SUITE 300 | ) |
| GREENVILLE, SC 29601 | ) |
| | ) |
| SERVE: CORPORATION SERVICE CO. | ) |
|        421 WEST MAIN STREET | ) |
|        FRANKFORT, KY 40601 | ) |

**FIRST AMENDED COMPLAINT**

Comes the Plaintiff, MILDRED NEW, by and through undersigned counsel, and for her cause of action against Defendants, THE SHOPPING CENTER GROUP (hereinafter "TSCG") and REALTYLINK, LLC (hereinafter "Realty"), hereby states as follows:

1. The incident giving rise to this action occurred in Pikeville, Pike County, Kentucky.

2. At all times relevant herein, Defendant TSCG was a foreign corporation duly authorized to do business in the Commonwealth with the ability to sue and be sued in Kentucky.

3.  At all times relevant herein, Defendant Realty was a foreign corporation owning and/or operating the property named Pikeville Commons, located in Pikeville, Pike County Kentucky.

4.  At all times relevant hereto, Defendants owned, managed, maintained, operated, and/or supervised a large shopping complex located at Thompson Road Pikeville, in Pike County, Kentucky.

5.  At all times relevant hereto, Defendants had a duty to maintain and keep said premises safe for the use of individuals legally coming upon same, along with warning its invitees of all known dangerous conditions.

6.  On or about June 2, 2015, as a direct and proximate result of the negligent acts and/or omissions of Defendants, MILDRED NEW, while lawfully upon said premises as an invitee exercising due care, tripped and fell over a sign post that had been cut off and was protruding from the ground at a very low level in the parking lot of Pikeville Commons, located on Thompson Road, and sustained injury as a direct result of such fall.

7.  The low protruding sign post was not inherently visible to those traveling through the parking lot, creating a dangerous condition which was known or should have been known to those owning and/or managing the property.

8.  The Defendants failed to provide proper caution signs or other warnings to those invitees traveling through the parking lot.

9   Upon information and belief, the Defendants negligently caused the dangerous condition.

10. Defendants failed to remedy the dangerous condition that they knew or should have known existed.

11. As a direct and proximate result of the negligent acts and/or omissions of Defendant, MILDRED NEW was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, mental anguish, and lost enjoyment of life.

12. MILDRED NEW'S damages are in excess of the minimum dollar amount necessary to invoke the jurisdiction of this Court.

13. KY PIKEVILLE THOMPSON, LLC is a foreign limited liability company owning and operating the property located at Thompson Road Pikeville, in Pike County, Kentucky.

14. At all times relevant hereto, KY PIKEVILLE THOMPSON, LLC had a duty to maintain and keep said premises safe for the use of individuals legally coming upon same, along with warning its invitees of all known dangerous conditions.

15. KY PIKEVILLE THOMPSON, LLC knew of, should have known of and/or caused the dangerous condition consisting of the low protruding sign post and failed to remedy the condition and/or failed to warn invitees of such dangerous condition.

16. As a direct and proximate result of KY PIKEVILLE, LLC's negligence, MILDRED NEW was caused to incur medical expenses both past and future, physical and mental pain and suffering both past and future, increased risk of harm, mental anguish, and lost enjoyment of life.

**WHEREFORE**, MILDRED NEW, by and through undersigned counsel, respectfully demands judgment against Defendants as follows:

1. For an amount of compensatory damages that is fair and reasonable as established by the evidence;

2. For prejudgment interest from the date of injury until such time as judgment is paid;

3. For a trial by jury;

4. For her costs herein expended; and

5. For any and all other relief to which she may be entitled.

Respectfully submitted,

**The Waters Law Group, P.L.L.C.**

/s/ D. Matthew Kannady
D. Matthew Kannady
12802 Towne Park Way
Suite 200
Louisville, KY 40243
Telephone: (502) 425.2424
Facsimile: (502) 425.9724
*Counsel for Plaintiff*