**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE**

**ELECTRONICALLY FILED**

| | | |
|---|---|---|
| MILDRED S. NEW | ) | |
| | ) | |
| PLAINTIFF | ) | |
| | ) | |
| v. | ) | Civil Action No.:7:16-cv-0133-ART-EBA |
| | ) | |
| THE SHOPPING CENTER GROUP, | ) | |
| ET AL. | ) | Removed from: |
| | ) | Pike Circuit Court |
| Defendants, | ) | Case No. 16-CI-00510 |
| ______________________________ | ) | |

**PLAINTIFF MILDRED S. NEW'S TRIAL MEMORANDUM**

Comes the Plaintiff, Mildred New, and for her Trial Memorandum states as follows:

Ms. New was a business invitee of the U.S. post office located on Thompson Rd. in Pikeville, Kentucky. As she was leaving the post office, and traversing the sidewalk outside of the building, her foot struck a very small post which was protruding inches above the sidewalk. The post had previously been a sign post which was sawed off an allowed to protrude inches above the sidewalk. Ms. New tripped on the negligently "repaired" post and fell into the parking lot, causing serious injuries. At the date of this filing, it is unclear who cut the post down and how long it had been in this condition.

RealtyLink was on the property performing construction. They were the group who was responsible for such construction and maintenance of the property. RealtyLink knew or should have known about the dangerous condition and failed to warn others or remedy the condition. Kentucky Pikeville Thompson LLC is the landowner. Kentucky Pikeville Thompson LLC knew

or should have known about the dangerous condition and failed to warn others or remedy the condition.

The questions before the jury will be who is responsible for the improperly "repaired" sign and if that or those entities conformed with their duty to properly repair the dangerous condition or warn business invitees of such condition.

The Shopping Center Group and RealtyLink both have motions for summary judgment pending before this Court. Such motions have been be preliminarily filed and responded to. The parties have filed a joint motion to continue in order to take the deposition Mr. Smiley, the Postmaster of the Thompson Road branch.

Both parties would like to mediate the case, but it is unlikely that such mediation would be successful until after the scheduled deposition of Mr. Smiley, the Postmaster of the Thompson Road branch.

Respectfully submitted,

**Waters Law Group, PLLC**

/s/ D. Matthew Kannady
D. Matthew Kannady
12802 Townepark Way
Suite 200
Louisville, KY 40243
Telephone: (502) 425-2424
Facsimile: (502) 425-9724
dmkannady@waterslawgroup.com
***Counsel for Mildred S. New***

**CERTIFICATE OF SERVICE**

I hereby certify that on the 26th day of June 2017, a copy of the foregoing was e-filed and served by electronic mail to:

Charles H. Cassis, Esq.
Jarad N. Key, Esq.
Goldberg Simpson, LLC
9301 Dayflower Street
Prospect, KY 40059
*Counsel for Defendant, RealtyLink, LLC*

Donald Lee Jones, Esq.
The Law Office of Donald L. Jones
327 Main Street
Paintsville, KY 41240
*Counsel for Defendant, The Shopping Center Group*